

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2017

No. 04-17-00657-CV

**IN RE** Mary Melinda Palacio AKA Melinda **PALACIO**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2016PC2950
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
            Marialyn Bernard, Justice
            Patricia O. Alvarez, Justice

On October 10, 2017, relator filed a petition for writ of mandamus. The Court is of the tentative opinion that a serious question concerning the requested relief requires further consideration. Therefore, the Court requests the filing of a response on or before **December 20, 2017**. *See* TEX. R. APP. P. 52.8(b)(1).

**PER CURIUM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court